```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

JOJO WITTKOWSKI,              )
    Plaintiff,                )
                              )
    v.                        )           C.A. No. 14-11107-DPW
                              )
LUIS SPENCER, et al.,         )
Defendants.                   )

ORDER
December 12, 2014

1.    The motion for leave to proceed *in forma pauperis* (#2) is GRANTED. Pursuant to 28 U.S.C. § 1915(b)(1), an initial partial filing fee of $33.97 is assessed. The remainder of the fee, $316.03, shall be collected in accordance with 28 U.S.C. § 1915(b)(2). The Clerk shall send a copy of this Order to the treasurer of the institution having custody of the plaintiff.

2.    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summonses, complaint, and this order upon the defendants as directed by plaintiff with all costs of service to be advanced by the United States. The plaintiff shall have 120 days from the date of this Order to complete service in accordance with Fed. R. Civ. P. 4.

3.    The motion for appointment of counsel (#4) is DENIED WITHOUT PREJUDICE to renewal after the defendants have been served with and responded to the complaint.

Under 28 U.S.C. § 1915(e)(1), I may "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. §1915(e)(1). However, a civil plaintiff lacks a constitutional right to free counsel. *See DesRosiers v. Moran*, 949 F.2d 15, 23

(1st Cir. Cir. 1991). To qualify for appointment of counsel, a party must be indigent and exceptional circumstances must exist such that the denial of counsel will result in fundamental unfairness impinging on the party's due process rights. *See id.* Because the defendants have not been served with or responded to the complaint, I cannot determine at this time whether exceptional circumstances exist that would justify the appointment of counsel.

4. The motion to stay (#13) is DENIED WITHOUT PREJUDICE to renewal after the defendants have been served. Because this suit was filed nine months ago, it is in the interest of justice to give the defendants formal notice of this action. The plaintiff may also amend or supplement her pleadings in accordance with Rule 15 of the Federal Rules of Civil Procedure.

5. The motion for a ruling (#12) shall be terminated as moot.

SO ORDERED.

    /s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE