UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOJO WITTKOWSKI, )<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>LUIS SPENCER, ET AL. )<br>*Defendants.* ) | CIVIL ACTION NO. 1:14-cv-11107-DPW |

### DEFENDANTS' MOTION FOR EXEMPTION
### FROM LOCAL RULE 16.1(B) and (D)

The Defendants Steven Levine, Robert Diener, Joel Andrade, Neal Norcliffe, and Thomas Groblewski respectfully request that this Court exempt them from the requirements of United States District Court Rule 16.1(B) and (D), and allow the Defendants to submit a Proposed Scheduling Order in lieu of their Joint Statement, currently due on December 22, 2016.

The nature of this suit is classified as a "550" Prisoner Civil Rights claim, and therefore exempt from the scheduling and planning provisions of Fed. R. Civ. P. 16(b) pursuant to Rule 16.2 of the Local Rules of the United States District for the District of Massachusetts. Moreover, any attempt to either confer with or file a Joint Statement with the Plaintiff, who is a *pro se* prisoner in the custody of the Massachusetts Department of Correction, would be unduly burdensome and create unnecessary delays.

The Defendants, therefore, respectfully request that this Honorable Court exempt them from the requirements of United States District Court Rules 16.1(B) and (D) and allow the Defendants to submit a Proposed Scheduling Order in lieu of their Joint Statement, currently due on December 22, 2016.

*Motion allowed. /s/ NMGorton, USDJ 12/15/16*